IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NAVIGATORS INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **RESNICK AMSTERDAM LESHNER, P.C.,** | : | **NO. 14-5158** |
| **ARTHUR H. FELDERSTEIN, C.P.A.** | : | |

## ORDER

**AND NOW**, this 18th day of May, 2015, upon consideration of the cross-motions for summary judgment (Document Nos. 16, 17 and 30) filed by the defendant Resnick Amsterdam Leshner, P.C., the plaintiff Navigators Insurance Company and the defendant Arthur H. Felderstein, the responses to the respective motions, and after oral argument, it is **ORDERED** that the motions are **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** and **DECLARED** as follows:

1. Navigators Insurance Company has a duty to defend Resnick Amsterdam Leshner, P.C., and Arthur H. Felderstein in the pending action in the Montgomery County Court of Common Pleas, captioned *Phillip Cannella and First Senior Financial Group, LLC v. Resnick Amsterdam Leshner, P.C. and Arthur H. Felderstein*, No. 2013-2862;

2. Navigators Insurance Company has no duty to indemnify Resnick Amsterdam Lesher, P.C. and/or Arthur H. Felderstein in the pending action.

TIMOTHY J. SAVAGE, J.